## Commonwealth ex rel. Smith *v.* Dowden, Appellant.

Argued April 11, 1974. *George F. Young, Jr.*, with him *Clifford A. Johns, Jr.*, for appellant; *Bernard J. McGowan*, for appellee.

Order affirmed.

## DeArmitt, Appellant, *v.* Whiteside.

Argued April 8, 1974. *James P. Lay, III*, with him *Robert L. Martin, Gifford and Lay*, and *Litke, Gettig & Flood*, for appellant; *Charles C. Brown, Jr.*, with him *McQuaide, Blasko, Brown & Geiser*, for appellee.

Judgment affirmed.